

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

May 4, 2023

<u>VIA ECF</u>

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   <u>Seidman v. 2L Engineering, D.P.C.,</u> 1:23-cv-01004 (KPF)

Dear Judge Failla:

    We represent Plaintiff Helayne Seidman in the above-captioned case. We write pursuant to Section 2.E. of Your Honor's Individual Practices to respectfully request a 14-day extension of time of the deadline to dismiss, or otherwise re-open the case, through **May 22, 2023.**

(1) the original deadline to dismiss, or otherwise re-open the case, is May 8, 2023 [Dkt. No. 18];

(2) there have been no previous requests for an extension of this deadline;

(3) no previous requests were granted or denied;

(4) the parties respectfully request a two-week extension in order to finalize their settlement agreement;

(5) Counsel for Defendant consents to the request.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*

Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 19.

Dated:   May 4, 2023                    SO ORDERED.
         New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE